UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 APR 17  PM 4: 19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

| | |
|---|---|
| ADRIAN SAID, | ) Case No. 06cv2310 R (NLS) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary of the | ) **ORDER** |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of the | ) |
| U.S. Citizenship and Immigration | ) |
| Services; PAUL PIERRE, San Diego | ) |
| District Director for the U.S. Citizenship | ) |
| and Immigration Services; ROBERT S. | ) |
| MUELLER, Director of the Federal | ) |
| Bureau of Investigation, | ) |
| | ) |
| Defendants. | ) |

The Court has considered the arguments and submissions of the parties. Pursuant to 8 U.S.C. § 1447(b), government's motion to remand is **granted**, and the matter is hereby **REMANDED** to the United States Citizenship and Immigration Services for adjudication within a reasonable time frame.

**IT IS SO ORDERED.**

DATED: April 11, 2007

Hon. John S. Rhoades
United States District Judge